UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JEHAN SEMPER,                          )
                                            ) Case No. C04-2240L
                  Plaintiff, )
     v.                               )
                                           ) ORDER GRANTING MOTION TO
JBC LEGAL GROUP, *et al.*,       ) AMEND COMPLAINT
                                           )
                  Defendants. )
_____)

      This matter comes before the Court on "Plaintiff's Motion to Amend Complaint." The motion is unopposed and is, therefore, GRANTED. The Clerk of Court is directed to file the proposed First Amended Complaint that was attached to plaintiff's motion (Dkt. # 20).

      DATED this 26th day of April, 2005.

                                        /s/ Robert S. Lasnik
                                        Robert S. Lasnik
                                        United States District Judge

ORDER GRANTING MOTION TO
AMEND COMPLAINT