UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
JEHAN SEMPER,                      )
                                   )   Case No. C04-2240L
                  Plaintiff,       )
       v.                          )
                                   )   ORDER PLACING DOCUMENTS
JBC LEGAL GROUP, *et al.*,         )   UNDER SEAL
                                   )
                  Defendants.      )
_____)

This matter comes before the Court *sua sponte*. On July 13, 2005, and July 14, 2005, plaintiff filed papers that include documents marked "Confidential." Pursuant to the stipulated protective order entered by the Court on February 15, 2005, "[s]hould any information or documentation designated "Confidential" pursuant to this Order become incorporated in or made exhibits to any . . . memoranda . . . filed with the Court, such papers shall be designated "Confidential" and subject to this Order and filed with the Clerk of Court under seal, to be made available only to the Court, Court personnel, and counsel in this proceeding unless otherwise ordered by the Court." The Clerk of Court is hereby directed to seal Dkt. # 43 and part 9 of Dkt. # 47 in the above-captioned matter. Plaintiff shall make every effort to avoid such public disclosures of confidential information in the future.

ORDER PLACING DOCUMENTS
UNDER SEAL

DATED this 18th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER PLACING DOCUMENTS
UNDER SEAL                            -2-