1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
JEHAN SEMPER,                          )
                                       )   Case No. C04-2240L
            Plaintiff,                 )
    v.                                 )
                                       )   SECOND ORDER PLACING
JBC LEGAL GROUP, *et al.*,             )   DOCUMENTS UNDER SEAL
                                       )
            Defendants.                )
_____)

        This matter comes before the Court on plaintiff's letter dated July 19, 2005, in which she identifies a number of documents that have been filed in the above-captioned matter and contain confidential/private information.  Some of these documents are designated as "Confidential" pursuant to the stipulated protective order entered by the Court on February 15, 2005.  Other documents contain private and personal information that needs to be redacted from public documents.

        Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

    * Dates of Birth - redact to the year of birth

    * Names of Minor Children - redact to the initials

    * Social Security Numbers - redact to the last four digits

SECOND ORDER PLACING DOCUMENTS
UNDER SEAL

* Financial Accounting Information - redact to the last four digits

The General Order was issued by the court pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must comply with the Privacy Policy and the General Order.  If you have any questions about the policy or how to file any document, please contact the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

In order to restrict access to the private and confidential information that has already made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to seal part 5 of Dkt. # 31 (Ex. D), part 5 of Dkt. # 34 (Ex. A, part 5), and part 8 of Dkt. # 48 (Ex. C, part 2) in the above-captioned matter.  The parties shall make every effort to avoid such public disclosures of confidential information in the future.

DATED this 25th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

SECOND ORDER PLACING DOCUMENTS
UNDER SEAL                                           -2-