UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
JEHAN SEMPER,                      )
                                   )   Case No. C04-2240L
           Plaintiff,              )
     v.                            )
                                   )   ORDER DENYING PLAINTIFF'S
JBC LEGAL GROUP, *et al.*,         )   MOTION FOR DECLARATORY
                                   )   JUDGMENT
           Defendants.             )
_____)

This matter comes before the Court on "Plaintiff's Motion for Declaratory Judgment." Dkt. # 45. For all of the reasons stated in this Court's "Order Granting in Part Cross-Motions for Dispositive Relief" at pages 4 and 14, plaintiff's motion is DENIED. The Clerk of Court is directed to send a copy of this Order to defendant at the following addresses:

JBC Law Group PC                              knations@boyajianlaw.com
c/o Karen Nations
10020 Hardy Drive
Overland Park, KS 66212

DATED this 6th day of September, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR DECLARATORY JUDGMENT