UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JEHAN SEMPER,                    )
                                 )   Case No. C04-2240L
            Plaintiff,           )
    v.                           )
                                 )   ORDER GRANTING PLAINTIFF'S
JBC LEGAL GROUP, *et al.*,       )   MOTION TO COMPEL
                                 )
            Defendants.          )
_____)

       This matter comes before the Court on "Plaintiff's Second Motion to Compel Discovery and Impose Sanctions Against Defendants JBC and Jack Boyajian." Dkt. # 28. Although plaintiff's motion to compel was untimely filed (pursuant to the Court's scheduling order, such motions were to be noted for consideration no later than June 3, 2005), strict compliance with procedural/technical rules is not expected of pro se litigants such as plaintiff. The Court cannot imagine, and defendants have not identified, any reason why they could not have answered plaintiff's second set of discovery requests. Although the responses would have been due ten days after the close of discovery, the requests were limited in number and relatively simple, the information sought was already in defendants' possession, and responses could have been generated within a few days, much less a few weeks, of service.

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL

Plaintiff's motion to compel is GRANTED. Defendant JBC Law Group PC[1] shall file and serve full and complete responses to plaintiff's second set of discovery requests within ten days of the date of this Order. Because defendant had a reasonable basis on which to argue that the discovery and related motion were untimely, plaintiff's motion for sanctions is DENIED. The Clerk of Court is directed to send a copy of this Order to defendant at the following addresses:

> JBC Law Group PC              knations@boyajianlaw.com
> c/o Karen Nations
> 10020 Hardy Drive
> Overland Park, KS 66212

DATED this 6th day of September, 2005.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Pursuant to the Court's "Order Granting in Part Cross-Motions for Dispositive Relief," all claims against defendant Jack Boyajian have been dismissed.

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL                      -2-