UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEHAN SEMPER,

               Plaintiff,

   v.

JBC LEGAL GROUP, *et al.*,

               Defendants.

Case No. C04-2240L

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AND DIRECTING ASSOCIATION OF NEW LOCAL COUNSEL

This matter comes before the Court on defense counsel's "Motion for Leave of Court to Withdraw as Counsel of Record for Defendants." Dkt. # 68. The motion is GRANTED. Defendant JBC Law Group PC[1] shall associate new local counsel, as required by Local General Rule 2(d), within ten days of the date of this Order. Failure to associate local counsel by the specified date may result in the entry of default against JBC Law Group PC and/or its exclusion from all further proceedings in this matter. The Clerk of Court is directed to send a copy of this Order to defendant at the following addresses:

    JBC Law Group PC                         knations@boyajianlaw.com
    c/o Karen Nations
    10020 Hardy Drive
    Overland Park, KS 66212

---

[1] Pursuant to the Court's "Order Granting in Part Cross-Motions for Dispositive Relief," all claims against defendant Jack Boyajian have been dismissed.

ORDER GRANTING MOTION FOR LEAVE
TO WITHDRAW AND DIRECTING
ASSOCIATION OF NEW LOCAL COUNSEL

1
2      DATED this 6th day of September, 2005.
3
4                                    /s/ Robert S. Lasnik
5                                    Robert S. Lasnik
                                     United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION FOR LEAVE
TO WITHDRAW AND DIRECTING
ASSOCIATION OF NEW LOCAL COUNSEL         -2-