UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
JEHAN SEMPER,                             )
                                          )   Case No. C04-2240L
            Plaintiff,                    )
      v.                                  )
                                          )   ORDER OVERRULING PLAINTIFF'S
JBC LEGAL GROUP, *et al.*,                )   OBJECTIONS TO PRO HAC VICE
                                          )   ADMISSION OF KAREN NATIONS
            Defendants.                   )
_____)

This matter comes before the Court on plaintiff's amended "Opposition/Objection/Motion to Set Aside/Motion for Reconsideration re: Dfdt's Pro Hac Vice Application." Dkt. # 81. The Court is unaware of any rule of law or practice that would prevent in-house counsel from representing his or her employer during litigation. Plaintiff has not shown that Ms. Nations has an irreconcilable conflict of interest (there is no indication that Ms. Nations had any personal involvement in JBC Legal Group's attempt to collect the debt and plaintiff has not identified any specific facts about which Ms. Nation might be expected to testify that would be relevant to the remaining issues). Defendants have now associated local counsel in compliance with Local General Rule 2(d) and any irregularity arising from Mr. Bernheim's participation in the pro hac vice application is harmless.

ORDER OVERRULING PLAINTIFF'S OBJECTIONS
TO PRO HAC VICE OF KAREN NATIONS

1  For all of the foregoing reasons, plaintiffs' objections to the pro hac vice
2  admission of Karen Nations in this case are OVERRULED.

  DATED this 15th day of September, 2005.

  *[signature]*
  Robert S. Lasnik
  United States District Judge

ORDER OVERRULING PLAINTIFF'S OBJECTIONS
TO PRO HAC VICE OF KAREN NATIONS         -2-